IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 71-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DANIEL ALFARO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS CAUSE coming on to be heard before the undersigned pursuant to a Violation Report (#131) filed by the United States Probation Office alleging that Defendant had violated terms and conditions of his pretrial release. This matter was brought before the Court for hearing on December 31, 2015 and prior to addressing the Violation Report Defendant entered a plea of guilty to the crime of conspiracy to possess with intent to distribute methamphetamine. After the plea was entered, the undersigned applied the provisions of 18 U.S.C. § 3142(a)(2) which required that this Court revoke the terms and conditions of pretrial release in this matter. At that time, AUSA John Pritchard made an oral motion to dismiss the Violation Report(#131) as it was now moot. The Defendant did not have any objection and the motion was allowed.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that the Violation Report (#131) is hereby **DISMISSED** as being **MOOT.**

Signed: January 4, 2016

Dennis L. Howell
United States Magistrate Judge